IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STATE OF MISSISSIPPI *ex rel.*
JIM HOOD, ATTORNEY GENERAL OF
THE STATE OF MISSISSIPPI,

        CASE NO.: 1:14-cv-00243-LG-JCG

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS,
INC. and CONSUMERINFO.COM, INC.,

    Defendants.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff State of Mississippi *ex rel.* Jim Hood, Attorney General of the State of Mississippi, with the agreement of Defendants Experian Information Solutions, Inc. and ConsumerInfo.com, Inc., hereby voluntarily dismisses the above-referenced action with prejudice. Each party is to bear its own costs, expenses and fees, except as to any obligations arising under the settlement agreement.

Plaintiff, with the agreement of Defendants, requests that the Court expressly retain jurisdiction to enforce any disputes related to the settlement agreement between the Parties.

Dated: March 7, 2017

/s/ Daniel J. McLoon
Daniel J. McLoon
Michael G. Morgan
Jessica McGahie Sawyer
Amanda Pushinsky
Rachel Gezerseh
*Admitted Pro Hac Vice*
Jones Day – Los Angeles
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: djmcloon@jonesday.com
mgmorgan@jonesday.com
jsawyer@jonesday.com
apushinsky@jonesday.com
rgezerseh@jonesday.com

Richard J. Grabowski
Jeremy S. Close
*Admitted Pro Hac Vice*
Jones Day – Irvine
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: (949) 851-3939
Facsimile: (949) 553-7539
Email: rjgrabowski@jonesday.com

/s/ Edward Coleman Taylor
Edward Coleman Taylor, MSB No. 9043
Daniel, Coker, Horton & Bell
P.O. Box 416
Gulfport, MS 39502-0416
Telephone: (228) 864-8117
Facsimile: (228) 864-6331
Email: etaylor@danielcoker.com

*Counsel for Defendants*

Respectfully submitted,

/s/ Jacqueline H. Ray
Jacqueline H. Ray, MSB No. 100169
Geoffrey Morgan, MSB No. 3474
George W. Neville, MSB No. 3822
S. Martin Millette, MSB No. 102416
Special Assistant Attorneys General
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205
Telephone: (601) 359-3680
Facsimile: (601) 359-2003
Email: gmorg@ago.state.ms.us,
gnevi@ago.state.ms.us
mamil@ago.state.ms.us
jacra@ago.state.ms.us

Mimi Liu
Linda Singer
Michele L. Keegan
*Admitted Pro Hac Vice*
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue N.W., Suite 500 East
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: mliu@cohenmilstein.com
lsinger@cohenmilstein.com
mkeegan@cohenmilstein.com

Robert L. Gibbs, MSB No. 4816
Gibbs Travis PLLC
1400 Meadowbrook Road, Suite 100
Jackson, MS 39211
Telephone: 601-487-2640
Facsimile: 601-366-4295
Email: rgibbs@gibbstravis.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2016, I electronically filed the foregoing Stipulation of Dismissal with Prejudice with the Clerk of the Court using the ECF.

| | |
|---|---|
| Dated: March 7, 2016 | /s/ Robert L. Gibbs |
| | Robert L. Gibbs |